# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER THOMAS, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:10-cv-01158 |
| v. | ) |
| | ) JURY DEMAND |
| STARBUCKS CORPORATION, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated by the parties that the above-entitled action be discontinued and dismissed with prejudice. The parties each agree to pay their own respective attorneys' fees and costs incurred in this cause. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that this action is dismissed with prejudice. Each party will pay their own respective attorneys' fees and costs. The Court retains jurisdiction to enforce the parties' agreement if necessary.

ENTERED: *[illegible date]*

_____
United States District Judge

Agreed and Submitted for Entry:

s/ Allen Woods (w/permission)
Allen Woods
The Law Offices of Woods and Woods
P.O. Box 128498
Nashville, TN  37212

Counsel for Plaintiff


s/ John J. Park
Waverly D. Crenshaw, Jr.
John J. Park
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219
615-244-6380
615-244-6804 (fax)
waverly.crenshaw@wallerlaw.com
john.park@wallerlaw.com

Attorneys for Defendant Starbucks Corporation


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served through the Court's CM/ECF system upon:

Allen Woods
P.O. Box 128498
Nashville, TN  37212

on October 4, 2012.

s/ John J. Park